In the United States District Court
For The ~~Eastern~~ Middle District Of Pennsylvania

KS-4026
Mark Clark
SCI Somerset-1590 WALTER MILL ROAD
~~[redacted]~~
Somerset, PA 15510
~~[redacted]~~

VS

J. Weaver et al.,

Case #
1:22-CV-0564

FILED
SCRANTON
APR 18 2022
PER _____ DEPUTY CLERK

- Complaint -

42 U.S.C. §1983 State Officials

I. Previous lawsuits

Clark v Hernandez - 19-CV-2531-2018 / Clark v Walker - 19-CV-2235-2018
Clark v Feliciano - 19-CV-1261-2018 / Clark v Guthrie - 18-CV-4395-2018
- Honorable Jeffrey H. Schmehl assigned to all -

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? - Yes

B. Have you filed a grievance concerning the facts related to this complaint? - Yes

C. Is the grievance process completed? - Yes

III. Defendants-

A. Defendant J. Weaver - is employed as Lieutenant - at SCI Forest 286 Woodland Dr. P.O Box 307 Marienville, PA 16239

B. Additional defendants - Sergeant-John Doe-Smosse - Lieutenant-John Doe-Cochran - Captain-John Doe-Deal / Correctional Officer B. Brown / Captain-C. Carter / Correctional Officer-John Doe-Detrek / Correctional Officer-John Doe-Beatty / Correctional Officer-John Doe-Mason / State Correctional Institution Forest / Correctional Officer-John Doe-Ferranger / Correctional Officer-John Doe-Mackenzie / Department of Corrections / Facility Manager-D. Oberlander / Correctional Officer-John Doe-Shane / Secretary of Department of Corrections /

All of the Correctional Officers, Sergeant, Lieutenant, Captain and Facility Manager are all employed at SCI Forest 286 Woodland Dr. P.O Box 307 Marienville PA 16239

The secretary of the Department of Corrections is the top authority figure of the Department of Corrections, and policy creator and authorizer. Department of Corrections - 1920 Technology Parkway, Mechanicsburg PA, 17050.

IV  Statement of Claim

1. On February 11, 2021, I was in cell KC-2021 using the bathroom when A officer stopped at the door. I had A towel covering the cell door window for privacy. The officer knocked on the door. I yelled "one minute, im using the bathroom." The officer stood outside the door before opening the door slot and he began spraying OC spray into the cell.

2. Jumping up off the toilet, I quickly redressed and rushed to the door pulling the towel down, which then the officer stopped spraying his O.C spray. As the officer closed the door slot I yelled "Why you spray my cell? I was using the bathroom." At this point, C.O Detrek, C.O Ferranger, C.O Mason and Lieutenant Cochran had arrived at the cell door. C.O Mason began recording with A hand held camera. The officer who had sprayed stated "Are you going to willing to cooperate and cuff up?" I responded yes. After being cuffed up and exiting the cell, I was assessed by medical staff and cleared. I was then taken to the strip cage and was stripped searched by C.O Detrek while C.O Mason continued recording.

3. While Lt Cochran supervised, my socks, t-shirt, and underwear that I was wearing was "confiscated". I asked Lt Cochran, "Why are you confiscating my socks, T shirt, and underwear?" Lt Cochran responded, "The shift commander told me to take them, so I got too". I was given A R.H.U jumper to cover my naked body.

4. After being dressed and cuffed, I was escorted to cell K-C-1006, which is equipped with A camera attached to the outside of the door, viewing inside the cell. After closing the door and removing the cuffs, Lt Cochran, Co Ferranger, and Co Detrick walked away. Before leaving Lt Cochran informed C.O Mason, who was still recording with the handheld camera, to continue recording for three minutes.

5. Inspecting the cell, only A mattress was in the cell. After recording for three minutes, C.o Mason turned the handheld camera off and walked away. C.o Mason returned several minutes later. I asked C.o Mason, "Where is my sheets, blanket, toilet paper and soap?" C.o Mason responded, "We were told by the shift commander not to give you anything". I said, "So your telling me, you not going to give me anything to protect myself from the cold, not even A suicide blanket, soap or toilet paper?" C.o Mason shrugged his shoulders before saying, "That came from the higher up shift commander"! I replied, "So you gonna leave me here to freeze"? C.o Mason responded, "thats our orders". C.o Mason walked away.

6. Later that shift (6-2), I called C.o Ferranger to my door and asked him about getting A blanket, sheets, soap, and toilet paper, but he gave me the same answer, "Those are our orders, so you can't get anything till we're told to give it to you". He walked away. Throughout the rest of the day I asked multiple officers, 6-2 shift and 2-10 shift, about getting A cover, toilet paper and soap, but was told, "We're not allowed to give you anything, per orders of the shift commander". Due to the freezing cold climate and cold temperature of the cell, I was unable to sleep that night.

7  On 2-12-2021, during 6-2 shift, I requested to see the psychologist who responded sometime later. I informed psychologist J. Sheeley of my living conditions and torn jumper, also showing her my living and physical conditions. She agreed that my living conditions and treatment were not adequate. I told her that I wanted to file A PREA and Abuse claim. Psychologist Sheeley took note of my complaints before leaving to file the reports. For the rest of the day, I continuously stopped multiple officers (6-2 shift and 2-10 shift) inquiring on why I still can't have A blanket cause it was freezing cold in the cell and the cell KC 1006 was next to the outside yard door. The officers understood what I was going through but they said its nothing they could do. I asked to see both shift lieutenants but neither shift lieutenants responded.

8  On 2-13-2021 during 2-10 shift, lieutenant Weaver approached my cell door KC 1006 and stated, "The nurse Amanda and Officer informed me of your PREA and Abuse allegations (on 2-11-21 during night med line, I informed the nurse that I wanted to file the reports). I have filed A report on both of your allegations." Lieutenant Weaver then stated, "none of my officers have been abusing you, or sexual harassing you." He tapped the camera attached to the door before stating, "you know its A crime to file A false report." I said, "yeah I know that and my reports are not false due to your officers taking my underwear and clothes as satisfactory punishment, and being left in this cell with nothing to protect myself from the cold is blatant abuse." Lieutenant Weaver responded, "Thats not abuse because its policy/procedure, and just because they took your underwear thats not sexual harassment because that is also procedure at SCI Forest." He then stated, "since you like being A pain in the ass and filing false reports, you don't get no toiletries tonight"!

9  Later that 2-10 shift, black officer B. Brown and another officer were passing out toiletries - Toilet Paper and soap - in A brown bag and when officer B. Brown got to my cell KC-1006, he showed me the brown bag with "my" toiletries in it, then he put the bag on the floor in the corner outside of my cell before stating, "Weaver said, when you stop the dumb shit, then you can get this." He finished giving out toiletries to the rest of the pod inmates.

10. On 2-14-21 approximately 3:00 P.M. C.O. Mackenzie was doing A pod round. I stopped this officer asking, "When can I have my possessions back?". Officer Mackenzie responded, "If you stop acting like A dick, you might get your possessions back tonight." C.O. Mackenzie continued his pod round.

11. Sometime Following approximately 7:30 P.M. block officer B. Brown came to my cell (KC-1006) with A cart which was carrying all my possessions that were bagged up due to O.C. spray exposure on 2-11-21. Officer B. Brown started to hand me my underwear but stopped when I said, "I don't want them sheets or blanket in the bag because they got O.C. spray still on them." I asked for new sheets and A blanket. Officer B. Brown replied, "I was told to give you back what 6-2 shift took from you." I told Officer B. Brown them sheets and blanket were contaminated and I asked again for new sheets and A blanket. Officer B. Brown responded, "Well you can shove it up your ass." He left.

12. On 2-16-2021 approximately 7:00 P.M. Lieutenant J. Weaver approached my cell KC-1006. I had recently overcome the misconduct from 2-11-21 incident, which lead to my underwear, socks, t-shirt, sheets, blanket, soap, toilet paper and my eyeglasses being taken. I asked Lieutenant J. Weaver about the return of my possessions, and under clothes and Lieutenant J. Weaver responded, "No, you still on A no cell contents restriction." I asked, "how am I still on restriction when I beat the misconduct?" Lieutenant J. Weaver replied, "Cause it's still active." He left.

13. On 2-17-2021, approximately 3:20 P.M. showers were being ran by Sergeant Smouse and the block officer. Sergeant Smouse took the inmate from KC-1005 to the shower and returned, then went to cell KC-1007 to prepare the inmate for the shower. I was housed in KC-1006. Seeing that the guards didn't come to my cell, I yelled to Sergeant Smouse, "What, I don't get A shower?". Sergeant Smouse looked at my cell and stated, "I heard you like Filing dumbass PREA and Abuse reports against my officers, so no." I was denied A shower.

14. Approximately 6:25 P.M. Officer B. Brown approached my cell door (kc-1006) and stated, "I was sent to see if you were done being A pain in our ass". If so, you can have your possessions back, if you want it?" I told officer B. Brown, first and foremost, don't relate me to anything that associates with another mans ass! And I want A new set of sheets and A new blanket cause the old ones were exposed to O.C spray and I don't want that O.C spray smell in my cell". Officer B Brown says, "I was told by Lieutenant Weaver to give you back the things they took, so do you want them or not?" I responded, "that I don't want no sheets or blanket that smells like O.C spray". Officer B Brown walked away. I was denied the return of my possessions and underwear due to me not taking the old sheets and blanket that were exposed to O.C spray.

15. On 2-18-2021 at 3:00 P.M. Sergeant Smose approached my door kc1006 and stated, "you have two options, one, you can have your property inventoried on A table in front of your cell, or two, I can inventory your property without you. Choose one". I asked Sergeant Smose, "Why can't I come out and inventory my property like everyone else". Sergeant Smose responded, "This saves me and my officers from having to worry about you calling PREA on us, or saying we're abusing you". Choose one. My property was inventoried in front of my cell.

16. On 2-19-2021, after receiving A harmful tray I informed Officer B. Brown that the lunch tray he had given me wasn't the right tray I supposed to receive, and after handing back the tray Officer B Brown took the tray and refused to give me A replacement tray so requested to see the Lieutenant but Officer B Brown refused to get the Lieutenant for me so I started banging my head again (I had been banging my head for the past several days screaming homicidal and suicidal thoughts but I was ignored). I was removed from the cell and placed in the P.O.C (Psychiatric Observation Cell) in the medical department.

17. On 2-19-2021, at approximately 12:30 P.M. Superintendent Oberlander came onto the pod kc. I stopped him and I asked him, "Why he approved and authorized his officers to take people underwear, socks, and T-shirt as A punishment on top of taken their sheets and blanket, leaving them with only A thin jumper to protect themselves from the cold". He responded, "It's part of the 6.5.1 policy procedures, D.9".

I told him, that that was "abuse". He disagreed stating, "Your in prison, and its part of your punishment and discipline, your grown men not kids". He walked away. After filing A grievance, Lt J. Weaver was informed to save all available videotape recordings, which he refused to do after being informed it was for litigation purposes.

V. Relief: I am seeking monetary damages/compensation damages in the amount of 200,000.00 for my pain and suffering and cruel and unusual punishment, Emotional distress along with mental anguish. Also I am seeking Punitive Damages for the retaliation shown by Lieutenant J. Weaver, Sergeant Smouse, Correctional Officer's B. Brown and Beatty. Also destruction of evidence. I am also seeking relief from the Department of Corrections and S.C.I Forest in the form of better policy and procedure development and staff training.

I am seeking the above relief for the Cruel and unusual punishment I experience, The inhumane Conditions I was placed in that resulted in extensive suffering, and for the retaliation that was shown by multiple defendants in response of me filing A PREA and Abuse reports, Failure to Protect, Failure to intervere and deliberate Indifference. Also relief for the intentional destruction or failure to preserve video evidence for future civil litigation.

Signed this 7 day of April 2022

Mark Clark                    Signature: Mark Clark

I declare under penalty of perjury that the foregoing is True and Correct.

Date 4-7-2022                 Signature Mark Clark

Mark Clark KS4826
SCI Somerset
1590 Walters Mill Road
Somerset, PA 15510

United States District Court
For the Middle District
Of Pennsylvania

Federal Building & U.S Courthouse
235 N. Washington Ave.

P.O Box 1148

Scranton, PA 18501

RECEIVED
SCRANTON
APR 18 2022
PER Amo
DEPUTY CLERK

PA Dept of Corrections
INMATE MAIL



US POSTAGE
ZIP 15510
02 1W
0001397502A