# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CLARK, | : | Civil No. 1:22-CV-00564 |
| Plaintiff, | : | |
| v. | : | |
| J. WEAVER, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of August 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendants' motion for summary judgment, Doc. 76, is **GRANTED**.

2. Plaintiff's motion for hearing or status report, Doc. 85, is **DENIED**.

3. The Clerk of Court is directed to enter judgment in favor of Defendants and **CLOSE** the case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania